[No. 46433-7-I. Division One. July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. REESE CONAN BYRD, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 99-1-00234-3, Alan R. Hancock, J., entered March 1, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46476-1-I. Division One. July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON STEVE NORMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01789-1, Larry E. McKeeman, J., entered April 24, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 46477-9-I. Division One. July 30, 2001.]

CAROLYN WEST, *Appellant*, v. PATRICIA A. LONERGAN, ET AL., *Defendants*, and JERRY LOW, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-2-02047-6, Gerald L. Knight, J., entered March 20, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46563-5-I. Division One. July 30, 2001.]

JOHN R. GIBBONS, *Appellant*, v. THE BOEING COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-06842-4, Jeanette R. Burrage, J., entered April 7, 2000. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox and Appelwick, JJ.